# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zainey, Jay C. | USDC, Eastern District of LA | 02/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - active | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

500 Poydras Street
C-455
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Active Participant | God's Special Children |
| 2. | Active Participant | Homeless Experience Legal Protection (HELP) Program |
| 3. | President | St. Andrew's Village |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 02/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office | 1/4/2017 - 1/6/2017 | Atlanta, GA | Meeting of U.S. Judicial Conference or committees | Travel |
| 2. | Bar Group, Bar Organization, or Bar Association | 3/31/2017 - 4/2/2017 | Point Clear, AL | Activity of professional association or civic organization | Travel |
| 3. | Judicial Conference, Conference Committee, or Subcommittee | 5/8/2017 - 5/10/2017 | Grapevine, TX | Circuit judicial conference | Travel |
| 4. | Federal Judicial Center | 5/15/2017 - 5/19/2017 | Berkley, CA | FJC educational seminar | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 02/25/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Judicial Conference, Conference Committee, or Subcommittee | 5/30/2017 - 6/1/2017 | Washington, DC | Meeting of U.S. Judicial Conference or committees | Travel |
| 6. | Bar Group, Bar Organization, or Bar Association | 6/6/2017 - 6/11/2017 | Sandestin, FL | Activity of professional association or civic organization | Travel |
| 7. | Judicial Conference, Conference Committee, or Subcommittee | 10/30/2017 - 10/31/2017 | Grapevine, TX | Meeting of U.S. Judicial Conference or committees | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 02/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney Bank (Previously First NBC Bank) | Continuing Guarantee regarding loan to St. Andrew's Village | M |
| 2. | Whitney Bank (Previously First NBC Bank) | Line of Credit | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 02/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Metairie, LA - $383,500 | E | Rent | N | S | | | | | |
| 2. Rental Property #2, New Orleans, LA - $265,500 | D | Rent | N | S | | | | | |
| 3. Rental Property #3, New Orleans, LA - $290,800 | E | Rent | N | S | | | | | |
| 4. JP Morgan - Cash Accounts (3) | A | Interest | J | T | | | | | |
| 5. Capital One - Cash Accounts (3) | | None | J | T | | | | | |
| 6. First NBC Bank - Cash Accounts (3) | | None | J | T | Merged (with line 29) | 04/28/17 | | | |
| 7. Sun Life Financial - Fixed Premium Whole Life #1 | A | Interest | M | T | | | | | |
| 8. Sun Life Financial - Fixed Premium Whole Life #2 | A | Interest | K | T | | | | | |
| 9. Sun Life Financial - Fixed Premium Whole Life #3 | A | Interest | J | T | | | | | |
| 10. Transamerica Life Ins Co - Fixed Retirement Annuity | D | Interest | N | T | | | | | |
| 11. Delaware Life Ins Co - Fixed Retirement Annuity #1 | C | Interest | M | T | | | | | |
| 12. Jackson National Life Ins. - Inherited IRA - Beneficial Payment | B | Distribution | J | T | Closed | 12/31/17 | J | | |
| 13. Jackson National Life Ins. - Fixed Retirement Annuity #2 | B | Interest | K | T | | | | | |
| 14. Jackson National Life Ins. - Fixed Retirement Annuity #3 | B | Interest | K | T | | | | | |
| 15. Jackson National Life Ins. - Fixed Retirement Annuity #4 | B | Interest | K | T | | | | | |
| 16. Jackson National Life Ins. - Fixed Retirement Annuity #5 | B | Interest | K | T | | | | | |
| 17. Jackson National Life Ins. - Fixed Retirement Annuity #6 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 02/25/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Jackson National Life Ins. - Fixed Retirement Annuity #7 | B | Interest | K | T | | | | | |
| 19. Jackson National Life Ins. - Fixed Retirement Annuity #8 | B | Interest | K | T | | | | | |
| 20. Jackson National Life Ins. - Fixed Retirement Annuity #9 | A | Interest | J | T | | | | | |
| 21. IRA #1 - State Street Bank & Trust - JP Morgan 1138/Diversified Fund-A | D | Interest | L | T | | | | | |
| 22. IRA #2 - State Street Bank & Trust - JP Morgan 1138/Diversified Fund-A | B | Interest | K | T | | | | | |
| 23. Sun Life Financial - Common Stock | A | Dividend | K | T | | | | | |
| 24. Khoder International Brokerage, LLC - inactive | | None | J | T | | | | | |
| 25. Jackson National Life Ins. - Fixed Retirement Annuity #10 | B | Interest | J | T | | | | | |
| 26. Jackson National Life Ins. - Fixed Retirement Annuity #11 | A | Interest | K | T | | | | | |
| 27. Jackson National Life Ins. - Fixed Retirement Annuity #12 | A | Interest | J | T | | | | | |
| 28. Jackson National Life Ins. - Fixed Retirement Annuity #13 | B | Interest | K | T | | | | | |
| 29. Whitney Bank - Cash Accounts (3) | B | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 02/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, page 5, line 24, "Khoder International Brokerage, LLC" is not a stock brokerage company. It is an LLC formed by several potential partners. There is no business, no assets, no debt, no employees and has never been active. This company remains inactive.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jay C. Zainey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544